IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC STATES CREDIT COMPANY, a sole proprietorship of Jeff McCoon,<br><br>Plaintiff,<br><br>vs.<br><br>RICHARD HARRIS, et al.,<br><br>Defendant. | No. CV-F-04-5618 REC/DLB<br><br>ORDER GRANTING MOTION TO SET ASIDE DEFAULT AND DENYING REQUEST FOR SANCTIONS |

    Given plaintiff's statement of non-opposition, the court hereby grants defendant Richard Harris' motion to set aside default.

    The court denies defendant's request for imposition of sanctions against plaintiff.  The court cannot determine from the record presently before the court that the failure to serve summons and complaint on Richard Harris was the fault of plaintiff or that plaintiff committed a fraud upon the court in

1

filing the proof of service and applying for the default.

    IT IS SO ORDERED.

**Dated: September 30, 2005**          **/s/ Robert E. Coyle**
668554          UNITED STATES DISTRICT JUDGE