UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC STATES CREDIT CO.<br><br>Plaintiff,<br><br>v.<br><br>RICHARD HARRIS<br><br>Defendant. | CV F 04-5618 OWW DLB (NEW DJ)<br><br>ORDER DISMISSING ACTION FOR LACK OF PROSECUTION |

It appearing that the plaintiff having failed to prosecute this action and having failed to respond to the courts Order To Show Cause;

IT IS HEREBY ORDERED that this action is dismissed without prejudice.

IT IS SO ORDERED.

Dated:  August 18, 2006                              /s/ Oliver W. Wanger
emm0d6                                          UNITED STATES DISTRICT JUDGE

1